UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANE JONES,<br><br>    Plaintiff,<br><br> v.<br><br>MIKE DAVIS, and FRED DOUGLAS,<br><br>    Defendants. | CASE NO. C09-5186FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation;

(2)  Plaintiff's motion to voluntarily dismiss his complaint is GRANTED;

(3)  Plaintiff's claims and causes of action are dismissed, and;

(4)  The Clerk is directed to send copies of this Order to the parties.

DATED this 10th day of June 2009.

                _____
                FRANKLIN D. BURGESS

ORDER - 1

UNITED STATES DISTRICT JUDGE