# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHANE JONES

        v.

MIKE DAVIS and FRED DOUGLAS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5186FDB

   __    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Plaintiff's motion to voluntarily dismiss his complaint is GRANTED; and

Plaintiff's claims and causes of action are dismissed.


|  June 11, 2009  | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |